**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6206**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

RICO ANTWAN FAIR, a/k/a Rico Fair,

              Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge. (5:03-cr-00051-RLV-DCK-2)

_____

Submitted: May 26, 2011          Decided: June 1, 2011

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lucky T. Osho, Charlotte, North Carolina, for Appellant.   Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Antwan Fair appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Fair, No. 5:03-cr-00051-RLV-DCK-2 (W.D.N.C. filed Feb. 7, 2011 & entered Feb. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED